**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000017
14-APR-2015
08:01 AM**

NO. CAAP-15-0000017

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

THOMAS M. LUNA, SR., Claimant-Appellant, v.
HANABUSA AUTO PARTS, INC., Respondent-Appellee, and
FIREMAN'S FUND INSURANCE CO., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB-2008-222; 2-00-10980)

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On January 2, 2015, Claimant-Appellant Thomas M. Luna, Sr. (Appellant), pro se, filed a notice of appeal;

(2) On January 23, 2015, the Chief Clerk of the Labor and Industrial Relations Appeals Board notified Appellant of the filing fees, and that she is not required to prepare the record on appeal until the fees are paid or Appellant obtains on order allowing him to proceed in forma pauperis;

(3) On March 11, 2015, the appellate clerk notified Appellant that the time to docket the record on appeal expired on March 10, 2015, the filing fees had not been paid, the record on appeal cannot be prepared without the fees or an order allowing Appellant to proceed in forma pauperis, the matter would be called to the court's attention on March 23, 2015, for appropriate action, which may include dismissal, and that Appellant may file a motion requesting relief from default.

(4) Appellant took no further action in this appeal; and

(5) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawai'i Rules of Appellate Procedure Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, April 14, 2015,

Presiding Judge

Associate Judge

Associate Judge